UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SABINO QUAIR,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN MATEO COUNTY SUPERIOR COURT, et al.,<br><br>    Defendants. | Case No. 20-cv-02273-JD<br><br>**ORDER OF DISMISSAL** |

This is a civil rights case filed pro se by a state prisoner. In the initial review order, the Court found that plaintiff had failed to state a claim and dismissed the complaint with leave to amend after discussing the deficiencies of the complaint. The time to amend has passed and plaintiff has not filed an amended complaint or otherwise communicated with the Court. This case is **DISMISSED** with prejudice for the reasons set forth in the prior order.

**IT IS SO ORDERED.**

Dated: October 8, 2020

JAMES DONATO
United States District Judge